UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAVANCE WALKER,

    Plaintiff,

    v.

SAN MATEO COUNTY JAIL,

    Defendant.

Case No. 18-cv-03169-WHO (PR)

**ORDER OF DISMISSAL**

Plaintiff LaVance Walker has not complied with the Court's order to file an application to proceed *in forma pauperis* (IFP) or pay the filing fee. The IFP application form itself is missing all but 2 pages; there is no Certificate of Funds; and there is no prison trust account statement showing transactions for the last six months (the printout of commissary charges he filed contains nothing to indicate that it is plaintiff's account information or that the document was issued by his jailors or is from the jail in which he is housed).

Accordingly, this federal civil rights action is DISMISSED without prejudice. Because this dismissal is without prejudice, Walker may move to reopen the action. Any such motion must contain a complete IFP application, which includes a Certificate of Funds and a prison trust account statement showing transactions for the last six months.

The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** August 28, 2018

WILLIAM H. ORRICK
United States District Judge